STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Carol J. "CJ" Vincent
In Proper Person
435 Logan Street 3
Sulphur LA 70663

**REHEARING ACTION: May 11, 2016**

**Docket Number: 15   00987-CA**

**CAROL J. "CJ" VINCENT
VERSUS
CSE FEDERAL CREDIT UNION, ET AL.**

**Appealed from Calcasieu Parish Case No. 2012-5080**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carol J. "CJ" Vincent** has this day been

**DENIED.**

cc: Gerald F. Arceneaux, Counsel for the Appellee
    Paula M. Wellons, Counsel for the Appellee